# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**08 C 1228**

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
PENSION AND WELFARE FUNDS,

v.

KHLOUD HEGAZIN, Individually and
d/b/a AMERICAN GROUP TRUCKING
CO.

Docket Number: _____

Assigned Judge: _____

Designated
Magistrate Judge: _____

**JUDGE GUZMAN**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of defendant)

Khloud Hegazin, Individually and
d/b/a AMERICAN GROUP TRUCKING CO.
19425 Everett Lane
Mokena, Illinois 60448

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Michael W. Dobbins, Clerk

_____
Date

_____
(by) Deputy Clerk

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montana*
**(By) DEPUTY CLERK**

**February 29, 2008**
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 3/6/08 7:30 PM

NAME OF SERVER (PRINT) Scott Pocius

TITLE Investigator

Check one box below to indicate appropriate method of service-

[X] Served personally upon the defendant. Place where served: KHLOUD HEGAZIN + d/b/a AMERICAN GROUP TRUCKING CO AT HER PERSONAL RESIDENCE - 194 25 AVERETT LANE, MOKENA, IL 60448 SHE CAN BE DESCRIBED AS A F/W, 45 YEARS OF AGE, STRAIGHT DARK HAIR

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/6/08
Date

Signature of Server

Address of Server:
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068