# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: |
| Trustees of the Suburban Teamsters | 08 C 1228 |
| Of Northern Illinois Pension and Welfare Funds, | Hon. Judge Guzman |
|     Plaintiff, | Mag. Jud. Keys |
|                    vs. | |
| Khloud Hegazin, individually and d/b/a | |
| American Group Trucking Company, | |
|     Defendant. | |

AN APPEARANCE IS HERBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Khlood Hegazin, incorrectly sued as Khloud Hegazin

| |
|---|
| NAME (Type or print) <br><br> James E. Taylor |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br>     /s/ James E. Taylor |
| FIRM <br><br> Law Office of James E. Taylor, P.C. |
| STREET ADDRESS <br><br> 8741 S. Greenwood, Suite 203 |
| CITY/STATE/ZIP <br><br> Chicago, Il  60619 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER <br><br> 6210254                                                  (773) 731-1970 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES |
| ARE YOU ACTIN GAS LOCAL COUNSEL IN THIS CASE?     NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL  ☐     APPOINTED COUNSEL  ☐ |

**CERTIFICATE OF SERVICE**

I, James E. Taylor, an attorney, hereby certify that the foregoing has been served upon the following:

John J. Toomey
Arnold & Kadjan
19 West Jackson Blvd.
Chicago, Illinois  60604

by electronic mail this 26th day of March, 2008.

/s/ James E. Taylor
_____
James E. Taylor