## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF THE NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br>     Plaintiff,<br><br>          v.<br><br>KHLOUD HEGAZIN, individually and d/b/a<br>  American Group Trucking Co.,<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 08 C 1228<br>Hon. Judge Guzman |

### NOTICE OF MOTION

To:     See Attached Service List

    PLEASE TAKE NOTICE that on April 10, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Guzman sitting in Courtroom 1219 of the Dirksen Federal Building located at 219 S. Dearborn Street, Chicago, Illinois and then and there present DEFENDANT KHLOOD HEGAZIN'S RULE 12(b)(6) MOTION TO DISMISS COMPLAINT, a copy of which is hereby served upon you.

                                                  Khlood Hegazin

                                                  By: /s/ James E. Taylor
                                                  One of her Attorneys

James E. Taylor
Attorney for Defendant
8741 S. Greenwood Ave., Suite 203
Chicago, IL  60619
(773) 731-1970

### CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that the foregoing Notice of Motion was served upon the individual/entity to which this Notice is addressed by electronic mail this 26th day of March, 2008.

                                                    _____
                                                        James E. Taylor

2

## SERVICE LIST

John J. Toomey
Arnold & Kadjan
19 West Jackson Blvd.
Chicago, Illinois  60604

by electronic mail this 26th day of March, 2008.

2