IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>        Plaintiff,<br><br>    v.<br><br>KHLOUD HEGAZIN, Individually and d/b/a AMERICAN GROUP TRUCKING CO.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  No.  08 C 1228<br>)<br>)  Judge Guzman<br>)<br>)  Magistrate Judge Keys<br>)<br>)<br>) |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    James Taylor
       Law Office of James E. Taylor, P.C.
       8741 S. Greenwood Avenue
       Suite 203
       Chicago, Illinois  60619

    PLEASE TAKE NOTICE that on April 23, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

    1.    Plaintiffs' Response to Defendant's Motion to Dismiss.

a copy of which is attached hereto and served upon you.

                            TRUSTEES OF THE SUBURBAN TEAMSTERS
                            OF NORTHERN ILLINOIS WELFARE AND
                            PENSION FUNDS

                            s/John J. Toomey
                            ARNOLD AND KADJAN
                            19 W. Jackson Blvd., Suite 300
                            Chicago, IL 60604
                            Telephone No.:  (312) 236-0415
                            Facsimile No.:  (312) 341-0438
                            Dated:  April 23, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

      s/John J. Toomey
      ARNOLD AND KADJAN
      19 W. Jackson Blvd., Suite 300
      Chicago, IL 60604
      Telephone No.: (312) 236-0415
      Facsimile No.: (312) 341-0438
      Dated: April 23, 2008