IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 08 C 1228 |
| v. | ) ) ) | Judge Guzman |
| KHLOUD HEGAZIN, Individually and d/b/a AMERICAN GROUP TRUCKING CO. | ) ) ) ) | Magistrate Judge Keys |
| Defendant. | ) | |

NOTICE OF MOTION

To:   James Taylor
      Law Office of James E. Taylor, P.C.
      8741 S. Greenwood Avenue
      Suite 203
      Chicago, Illinois 60619

　　　PLEASE TAKE NOTICE that on June 17, 2008, at 9:30 a.m., I will appear before the Honorable Judge Guzman in Room 1219 and then and there present the attached Motion to Compel, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/John J. Toomey
　　　　　　　　　　　　　　　　　　ARNOLD AND KADJAN
　　　　　　　　　　　　　　　　　　19 W. Jackson Blvd., Suite 300
　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　Telephone No.: (312) 236-0415
　　　　　　　　　　　　　　　　　　Facsimile No.: (312) 341-0438
　　　　　　　　　　　　　　　　　　Dated: June 9, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on June 9, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system.

                                            **s/John J. Toomey**
                                            ARNOLD AND KADJAN
                                            19 W. Jackson Blvd., Suite 300
                                            Chicago, IL 60604
                                            Telephone No.: (312) 236-0415
                                            Facsimile No.: (312) 341-0438
                                            Dated: June 9, 2008