UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Suburban Teamsters of Northern Illinois
Pension Fund and Welfare Funds

                Plaintiff,

v.   Case No.: 1:08−cv−01228
Honorable Ronald A. Guzman

Khloud Hegazin

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 6/17/2008. Motion by Plaintiff Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds to compel [19] is stricken as moot. All outstanding discovery by 6/26/08. Defendant to be deposed by 6/27/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.