UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Suburban Teamsters of Northern Illinois
Pension Fund and Welfare Funds
                                        Plaintiff,

v.                                      Case No.:
                                        1:08−cv−01228
                                        Honorable Ronald
                                        A. Guzman

Khloud Hegazin
                                        Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 10, 2008:


MINUTE entry before the Honorable Ronald A. Guzman: Status hearing set for 7/14/08 is reset to 7/28/2008 at 09:30 AM. on Court's own motion.Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.