**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No.  08 C 1228 |
| v. | ) ) | Judge Guzman |
| | ) | |
| KHLOUD HEGAZIN, Individually and d/b/a AMERICAN GROUP TRUCKING CO. | ) ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

To:    James Taylor
       Law Office of James E. Taylor, P.C.
       8741 S. Greenwood Avenue
       Suite 203
       Chicago, Illinois  60619

       PLEASE TAKE NOTICE that on September 3, 2008, at 9:30 a.m., I will appear before the Honorable Judge Guzman in Room 1219 and then and there present the attached Motion to Strike Affirmative Defenses to Amended Complaint at Law, a copy of which is attached hereto.

                                        Respectfully submitted,

                                        **s/John J. Toomey**
                                        ARNOLD AND KADJAN
                                        19 W. Jackson Blvd., Suite 300
                                        Chicago, IL 60604
                                        Telephone No.:  (312) 236-0415
                                        Facsimile No.:  (312) 341-0438
                                        Dated:  August 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system.

> **s/John J. Toomey**
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: August 27, 2008